F. RUSSELL DEMPSEY
Acting General Counsel
CHARLES L. FINKE
Deputy General Counsel
LORI A. BUTLER
Assistant General Counsel
MERRILL D. BOONE (admitted *Pro Hac Vice*)
MARK R. SNYDER (CA 109430)
Attorneys
1200 K Street, N.W.
Washington D.C. 20005-4026
Phone: (202) 229-3656
Fax: (202) 326-4138
Email:  Boone.Merrill@pbgc.gov

Attorneys for Plaintiff
PENSION BENEFIT GUARANTY
CORPORATION

[*Attorneys for Defendants on next page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, on its own behalf and on behalf of the Kumjian Enterprises, Inc. Defined Benefit Pension Plan<br><br>Plaintiff,<br><br>v.<br><br>KUMJIAN ENTERPRISES, INC, KUMJIAN LEASING PARTNERSHIP c/o SARKIS AND VARSENIK KUMJIAN, SARKIS KUMJIAN, and VARSENIK KUMJIAN,<br><br>Defendants. | Case No. 2:19-cv-06060-RSWL-JC<br><br>Honorable Dale S. Fischer, PRESIDING JUDGE<br>Honorable Jacqueline Chooljian, MAGISTRATE<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Pre-Trial Date:  August 16, 2021<br>Trial Date: September 14, 2021 |

SEYFARTH SHAW LLP
F. Scott Page (SBN 108515)
spage@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Phone: (310) 277-7200
Fax: (310) 201-5219

Attorneys for Defendants
KUMJIAN ENTERPRISES, INC.,
KUMJIAN LEASING PARTNERSHIP
c/o SARKIS AND VARSENIK KUMJIAN,
SARKIS KUMJIAN, VARSENIK KUMJIAN

Notice is hereby given that Plaintiff Pension Benefit Guaranty Corporation and Defendants Kumjian Enterprises, Inc., Kumjian Leasing Partnership c/o Sarkis and Varsenik Kumjian, Sarkis Kumjian and Varsenik Kumjian (collectively, "the Parties") have reached a resolution of this matter.  While the Parties have agreed to terms of settlement, they anticipate that it may take up to one month to document the settlement and anticipate filing a notice of dismissal by July 23, 2021.

In the meantime, the Parties request that the Court vacate all remaining dates on calendar and retain jurisdiction of this case pending the completion of settlement.

Respectfully submitted,

By: /s/ Merrill D. Boone
Merrill D. Boone
Attorney for Plaintiff

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ F. Scott Page
F. Scott Page
Attorney for Defendants

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to section Local Rule 5-4.3.4(a)(2)(i), I hereby confirm that the content of this document is acceptable to F. Scott Page, counsel for Defendants, and I have obtained his authorization to affix his electronic signature to this document.

                                              By: /s/ Merrill D. Boone
                                                      Merrill D. Boone
                                                      Attorney for Plaintiff